UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY WEBB,<br><br>                       Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF THE STATE OF WASHINGTON KING COUNTY, *et al.*,<br><br>                       Defendants. | Case No. C18-0762-TSZ<br><br>ORDER DISMISSING CIVIL RIGHTS ACTION |

The Court, having reviewed plaintiff's complaint, his various amended and supplemental complaints, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted;

(2) Plaintiff's amended complaint (Dkt. 13) and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B), for failure to state a cognizable ground for relief; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 24th day of October, 2018.

                                                Thomas S. Zilly
                                              United States District Judge